MRS. ABRAHAM MINIS　　　　:　　　　NO. 8175

versus　　　　　　　　　　　:　　　COURT OF APPEAL

CONSTANT GRECO.　　　　　　:　　　PARISH OF ORLEANS

WILLIAM A. BELL, JUDGE:

ORDER

After further consideration of the law, and the evidence in this case upon re-hearing, we find no grounds for departing from our former ruling. It is therefore ordered that the judgment of this Court be, and the same is hereby reinstated, and made final.